No. 11–1212. RESEARCH & DIAGNOSTIC SYSTEMS, INC., ET AL. *v.* STRECK, INC. (two judgments). C. A. Fed. Cir. Certiorari

denied.